# ALABAMA COURT OF CRIMINAL APPEALS



December 1, 2023

**CR-2023-0281**

Jason Dewayne Crawford v. State of Alabama (Appeal from Cullman Circuit Court: CC-18-413)

## <u>NOTICE</u>

You are hereby notified that on December 1, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk